UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIDRIS LEVAR CARTER,<br><br>        Plaintiff,<br><br>  v.<br><br>DEPUTY BAILEY, et al.,<br><br>        Defendants. | NO. EDCV 12-1417-GHK (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the complaint is dismissed without prejudice for failure to prosecute and Defendants ex parte application is denied as moot.

DATED: 4/3/14

                                                      GEORGE H. KING<br>                                                Chief United States District Judge